# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE A. MAY, M.D., individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>   v.<br><br>DANIEL S. GLADSTONE, an individual, LONGEVITI HEALTH, LLC, a Florida limited liability company, and DOES 1 – 10, inclusive,<br><br>                Defendants. | Case No. 2:21-cv-02312 DSF (ADSx)<br><br>Hon. Judge Dale S. Fischer<br>Magistrate Autumn D. Spaeth<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

1  The Court, having read and considered the Stipulated Protective Order filed
2  concurrently herewith, and for the good cause articulated therein, hereby enters the
3  Stipulated Protective Order agreed to by the parties as an Order of this Court.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: September 24, 2021

/s/ Autumn D. Spaeth
HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge