BROWN WHITE & OSBORN LLP
THOMAS M. BROWN (Bar No. 117449)
tbrown@brownwhitelaw.com
KENNETH P. WHITE (Bar No. 173993)
kwhite@brownwhitelaw.com
KARINEH TARBINIAN (Bar No. 281275)
ktarbinian@brownwhitelaw.com
333 South Hope Street, 40th Floor
Los Angeles, California 90071-14060
Telephone: 213.613.0500
Facsimile:   213.613.0550

Attorneys for Plaintiff
LAWRENCE A. MAY, M.D.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE A. MAY, M.D., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL S. GLADSTONE, an individual, LONGEVITI HEALTH, LLC a Florida limited liability company, and DOES 1 - 10, inclusive,<br><br>Defendants | Case No.: 2:21-cv-02312-DSF-ADS<br><br>**STIPULATION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)** |

It is hereby stipulated and agreed by and between Plaintiff Lawrence A. May, M.D. and Defendants Daniel S. Gladstone and Longeviti Health, LLC that under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court should dismiss the entire matter with prejudice.  Defendants contend that, pursuant to established authority, the Court retains its jurisdiction to hear established collateral matters, including any potential renewed motion for sanctions.

//

DATED: January 20, 2022     BROWN WHITE & OSBORN LLP

By _s/Kenneth P. White_
THOMAS M. BROWN
KENNETH P. WHITE
KARINEH TARBINIAN
Attorneys for Plaintiff
LAWRENCE A. MAY, M.D.

DATED: January 20, 2022     KABAT CHAPMAN & OZMER LLP

By _s/Ryan D. Watstein  (with permission)_
RYAN D. WATSTEIN
BENJAMIN WILLIAMS
Attorneys for Defendants
DANIEL S. GLADSTONE and
LONGEVITI HEALTH, LLC

STIPULATION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)